**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**CHARLOTTE SUMMERS,**

    **Plaintiff,**

**v.**                                                  **CIVIL ACTION NO.: 2:22-cv-00148
HONORABLE IRENE C. BERGER**

**WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY; WEST
VIRGINIA STATE POLICE and R.
LINDSEY, Trooper West Virginia State
Police,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2022 , I electronically filed the foregoing ***Certificate of Service*** noticing filing of ***Defendants' Rule 26(a)(1) Disclosures*** with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record. A complete copy of the same as been mailed to:

                W. Mark Burnette, Esq.
                MARK BURNETTE, P.A.
                P.O. Box 2913
                Ocala, FL 34478
                *Counsel for Plaintiff*

                                          /s/ Wendy E. Greve
                                          Wendy E. Greve, WV State Bar No. 6599
                                          Daniel J. Burns, WV State Bar No. 11866

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545