UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CHARLOTTE SUMMERS,

    Plaintiff,

vs.                                Civil Action No. 2:22-cv-00148

WEST VIRGINIA DEPARTMENT OF HOMELAND SECURITY,
WEST VIRGINIA STATE POLICE,
R. LINDSEY, Trooper, West Virginia State Police

    Defendants.

**CERTIFICATE OF SERVICE**
**OF PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

I, W. Mark Burnette, hereby certify that a copy of the foregoing "Plaintiff's Rule 26(a)(1) Disclosures" has been served on the defendants via electronic mail to their counsel of record at the following addresses: wgreve@pffwv.com and dburns@pffwv.com

A copy of this "Certificate of Service of Plaintiff's Rule 26(a)(1) Disclosures" was also served via electronic mail to Defendants' counsel at the addresses indicated above as well as electronically through the Court's CM/ECF system.

Served this 23rd day of June 2022.

                CHARLOTTE SUMMERS,

                Plaintiff,

                BY COUNSEL:

                /s/ Mark Burnette
                _____
                W. Mark Burnette
                West Virginia Bar No. 6408
                MARK BURNETTE, P.A.
                Post Office Box 2913
                Ocala, Florida 34478
                T:  (352) 512-9807
                E:  mark@burnettelegal.com