**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**CHARLOTTE SUMMERS,**

    **Plaintiff,**

v.                                                   **CIVIL ACTION NO.: 2:22-cv-00148
HONORABLE IRENE C. BERGER**

**WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY; WEST
VIRGINIA STATE POLICE and R.
LINDSEY, Trooper West Virginia State
Police,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th day of July, 2022,** I electronically filed the foregoing ***Certificate of Service*** for ***Defendant Trooper R. Lindsey's First Set of Interrogatories and Requests for Production of Documents to Plaintiff*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

                                    W. Mark Burnette, Esq.
                                    MARK BURNETTE, P.A.
                                    P.O. Box 2913
                                    Ocala, FL 34478
                                    *Counsel for Plaintiff*

                                                           /s/ Wendy E. Greve
                                            Wendy E. Greve, WV State Bar No. 6599
                                            Daniel J. Burns, WV State Bar No. 11866

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone:  (304) 344-0100
Facsimile:    (304) 342-1545