UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CHARLES SUMMERS, Personal Representative of
Charlotte Summers and Administrator of her Estate,

       Plaintiff,

vs.                                                      Civil Action No. 2:22-cv-00148

WEST VIRGINIA DEPARTMENT OF HOMELAND SECURITY,
WEST VIRGINIA STATE POLICE,
R. LINDSEY, Trooper, West Virginia State Police, and
D.A. LESTER, Summers County Deputy Sheriff,

       Defendants.

## PLAINTIFF'S MEDIATION OUTCOME REPORT

Plaintiff Charles Summers (the "Plaintiff"), by counsel, hereby notifies the Court, as required by this Court's scheduling order, of the outcome of the parties' continued mediation. Plaintiff states as follows:

1. The parties participated in mediation on Monday, December 11, 2023. After 3 ½ hours, that mediation was unsuccessful, and nothing was resolved.

2. The parties convened again on Friday, December 15, 2023 for further mediation. After approximately 7 hours of mediation, Plaintiff and the State Defendants (WVDHS, WVSP and R. Lindsey) settled and resolved their dispute. No settlement was reached between Plaintiff and defendant D.A. Lester.

Respectfully submitted this 21st day of December 2023.

>CHARLES SUMMERS, Personal Representative of Charlotte Summers and Administrator of her Estate,
>
>Plaintiff,
>
>BY COUNSEL:
>
>/s/ Mark Burnette
>
>_____
>W. Mark Burnette
>West Virginia Bar No. 6408
>MARK BURNETTE, P.A.
>Post Office Box 2913
>Ocala, Florida 34478
>T: (352) 512-9807
>E: mark@burnettelegal.com

## CERTIFICATE OF SERVICE

I, W. Mark Burnette, hereby certify that a copy of the foregoing "Plaintiff's Mediation Outcome Report" was served upon the defendants in this matter to their counsel of record electronically through the Court's CM/ECF system.

Served this 21st day of December 2023.

>CHARLES SUMMERS, Personal Representative of Charlotte Summers and Administrator of her Estate,
>
>Plaintiff,
>
>BY COUNSEL:
>
>/s/ Mark Burnette
>
>_____
>W. Mark Burnette
>West Virginia Bar No. 6408
>MARK BURNETTE, P.A.
>Post Office Box 2913
>Ocala, Florida 34478
>T: (352) 512-9807
>E: mark@burnettelegal.com