IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHARLES SUMMERS,

        Plaintiff,

v.                          CIVIL ACTION NO.   2:22-cv-00148

WEST VIRGINIA DEPARTMENT
OF HOMELAND SECURITY, et al.,

        Defendants.

**ORDER**

By prior orders entered in this matter (see Documents 8 & 46), the parties were advised that they should be prepared to select a jury on the Friday before trial if so ordered by the Court. For reasons appearing to the Court, it is **ORDERED** that jury selection will be held on **Friday, January 26, 2024, at 9:00 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:    January 11, 2024

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA