# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**CHARLES SUMMERS,**

  Plaintiff,

v.                                         Civil Action No. 2:22-cv-00148
                                                      Honorable Irene C. Berger

**WEST VIRGINIA DEPARTMENT OF HOMELAND SECURITY, WEST VIRGINIA STATE POLICE, R. LINDSEY, Trooper, West Virginia State Police and D.A. LESTER, Summers County Deputy Sheriff,**

  Defendants.

## NOTICE OF RESOLUTION

      **COMES NOW** the Defendant, Deputy D. A. Lester, by counsel James W. Marshall, III, Adam K. Strider, and the law firm of Bailey & Wyant, PLLC, and notifies the Court that this Defendant and the Plaintiff have settled and resolved all claims between them in principle. The Parties will enter a proposed dismissal order when a formal settlement agreement is executed.

                                                  **DEPUTY D. A. LESTER,**

                                                  By Counsel,

 /s/ Adam K. Strider
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
Post Office Box 3710
**Charleston, West Virginia  25337-3710**
T: 304.345.4222
F: 304.343.3133
astrider@baileywyant.com

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**CHARLES SUMMERS,**

   Plaintiff,

v.                                                                 Civil Action No. 2:22-cv-00148
                                                                     Honorable Irene C. Berger

**WEST VIRGINIA DEPARTMENT OF HOMELAND SECURITY, WEST VIRGINIA STATE POLICE, R. LINDSEY, Trooper, West Virginia State Police and D.A. LESTER, Summers County Deputy Sheriff,**

   Defendants.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of foregoing Notice of Settlement was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Tuesday, January 16, 2024:

W. Mark Burnette
P. O. Box 2913
Ocala, FL  34471-6276
Email Address: mark@burnettelegal.com
Attorney For: Charles Summers

Wendy E. Greve
Daniel J. Burns
Pullin Fowler Flanagan Brown & Poe, P.L.L.C.
James Mark Building
901 Quarrier St.
Charleston, WV  25301
Email Address: wgreve@pffwv.com;  dburns@pffwv.com

                                                                    /s/ Adam K. Strider
                                                              **Adam K. Strider (WV Bar #12483)**
                                                              **BAILEY & WYANT, PLLC**
                                                              **500 Virginia Street, East, Suite 600**

**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**
**astrider@baileywyant.com**